IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
JUN 10 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–11–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| AARON MATTHEW MANNING, | |
| Defendant. | |

On June 5, 2019, Michael Donahoe, who was at that time representing Defendant, filed a motion requesting that he be permitted to withdraw and seeking to have a CJA Panel attorney appointed in his stead. (Doc. 17 at 1–2.) On June 7, 2019, Mr. Donahoe filed a Motion Suggesting Mootness and Substitution of Counsel (Doc. 18). Mr. Donahoe advises the Court that Defendant has now retained Briana Kottke to represent him in this case. Accordingly,

IT IS ORDERED that the Motion to Withdraw as Counsel (Doc. 17) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Motion Suggesting Mootness and Substitution of Counsel (Doc. 18) is GRANTED and Mr. Donahoe is relieved of all legal duties as to the Defendant.

IT IS FURTHER ORDERED that the Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 10th day of June, 2019.

Dana L. Christensen, Chief Judge
United States District Court