

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MATTHEW MANNING,<br><br>Defendant. | CR 19–11–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 38.) Defendant Aaron Matthew Manning appeared before the Court on September 4, 2019 and entered a plea of guilty to counts I and II of the indictment. Manning also admitted the forfeiture allegation. Manning's plea provides a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a).

IT IS ORDERED:

THAT Manning's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253(a):

- One Alcatel OneTouch, Model A564C smartphone seized from Defendant Manning's residence on February 28, 2016;

THAT the United States Marshals Service or Homeland Security Investigations is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.org) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such a manner as the Attorney General may direct, pursuant to 18 U.S.C. § 2253(a) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 16th day of September, 2019.

*Dana L. Christensen*
Dana L. Christensen, Chief District Judge
United States District Court