IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 19–11–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| AARON MATTHEW MANNING, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 43.) The Court FINDS:

(1) The United States commenced this action pursuant to 18 U.S.C. § 2253(a);

(2) The Court entered a Preliminary Order of Forfeiture on September 16, 2019 (Doc. 40);

(3) All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1); and

(4) Cause appears to support the issuance of a forfeiture order pursuant to 18 U.S.C. § 2253(a).

Accordingly, IT IS ORDERED that:

(1) The United States' Motion (Doc. 43) is GRANTED.

(2) Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party:

- One Alcatel OneTouch, Model A564 smartphone seized from Defendant Manning's residence on February 28, 2016.

(3) The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 27th day of November, 2019.

Dana L. Christensen, Chief District Judge
United States District Court